11091972
2.19

# AARON, DAUTCH, STERNBERG & LAWSON, LLP

WILLIAM E. LAWSON  
ROBERT C. BOEHM  
FRANCIS P. WEIMER

COUNSELLORS AT LAW  
CONVENTION CENTER TOWER  
43 COURT STREET • SUITE 730  
BUFFALO, NEW YORK 14202-3172  
TEL: (716) 854-3015  
FAX: (716) 854-1716

HOWARD AARON  
(1892-1952)  
CHARLES DAUTCH  
(1898-1979)  
LOUIS STERNBERG  
(1908-1996)

June 22, 2011

Paul R. Warren, Clerk of Court  
United States Bankruptcy Court, WDNY  
300 Pearl Street, Suite 250  
Buffalo, New York 14202

Re: (Case Name) Bealer, Kimberly A. / Case #09-10618-CLB  
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $2.19. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant: PYOD LLC its successors and assigns as assignee of Citibank  Amount $1.00  
Claims Register # 4

Claimant: Dell Financial Services, L.L.C.  Amount $1.19  Claims Register # 6

Trustee Name: William E. Lawson



FILED  
JUN 2 2 2011  
BANKRUPTCY COURT  
BUFFALO, N.Y.

Case 1-09-10618-CLB    Doc 119    Filed 06/22/11    Entered 06/22/11 16:21:35    Desc  
Main Document    Page 1 of 1